1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs
   LES JANKEY
6  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>GEARY STREET BELLA PIZZA; LUM REVOCABLE TRUST; TANG JOHN LEE and NGO PHUONG YEN, individuals dba GEARY STREET BELLA PIZZA,<br><br>    Defendants. | CASE NO. CV-08-2164-JL<br>**Civil Rights**<br><br>**RETURN OF SERVICE RE DEFENDANTS LUM REVOCABLE TRUST; TANG JOHN LEE and NGO PHUONG YEN, individuals dba GEARY STREET BELLA PIZZA** |

RETURN OF SERVICE RE DEFENDANTS LUM REVOCABLE TRUST: TANG JOHN LEE and NGO PHUONG YEN, individuals dba GEARY STREET BELLA PIZZA

1

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No 415-674-8600    FAX No: 415-674-9900 | |
| Attorney for: Plaintiff | Ref. No or File No: BELLA PIZZA |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: LES JANKEY, et al.
Defendant: GEARY STREET BELLA PIZZA, et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date | Time | Dept/Div | Case Number:<br>CV 08 2164 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR INJUCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED MAY 15, 2008

3. a. Party served:       LUM REVOCABLE TRUST
   b. Person served:    CHARLIE LUM, PARTNER/AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:    4130 GEARY BOULEVARD
                                          SAN FRANCISCO, CA 94118

5. I served the party.
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May 19, 2008 (2) at: 11:07AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: LUM REVOCABLE TRUST
   Under CCP 416.70 (ward or conservatee)

7. Person Who Served Papers:                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG SCHROEDER                                  d. The Fee for Service was:
                                                      e. I am: (3) registered California process server
   First Legal Support Services                           (i) Independent Contractor
   ATTORNEY SERVICES                                      (ii) Registration No.:    190
   1138 HOWARD STREET                                     (iii) County:             Marin
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, May. 21, 2008

   _(signature)_ (DOUG SCHROEDER)
   6419847 thofr-fg.135651

   Judicial Council Form POS-010          PROOF OF SERVICE
   Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS & COMPLAINT

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>*Telephone No:* 415-674-8600   *FAX No.* 415-674-9900 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>BELLA PIZZA |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Northern District Of California

*Plaintiff:* LES JANKEY, et al.
*Defendant:* GEARY STREET BELLA PIZZA, et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2164 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT FOR INJUCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT, LETTER DATED MAY 15, 2008.

3. a. *Party served:*           TANG JOHN LEE, individually dba GEARY STREET BELLA PIZZA

4. *Address where the party was served:*   4124 GEARY BOULEVARD
   SAN FRANCISCO, CA 94118

5. I served the party.
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue, May. 20, 2008 (2) at: 3:48PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*                    Recoverable Cost Per CCP 1033 5(a)(4)(B)
   a. DOUG SCHROEDER                         d. *The Fee for Service was:*

   First Legal Support Services              e. I am: (3) registered California process server
   ATTORNEY SERVICES                            (i)   Independent Contractor
   1138 HOWARD STREET                           (ii)  Registration No.:   190
   San Francisco, CA 94103                      (iii) County              Marin
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, May. 21, 2008

   Judicial Council Form POS-010                 PROOF OF SERVICE           (DOUG SCHROEDER)
   Rule 2.150.(a)&(b) Rev January 1, 2007        SUMMONS & COMPLAINT         6419842.thofr-fg.134702

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No: 415-674-9900 | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>BELLA PIZZA |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: LES JANKEY, et al.
Defendant: GEARY STREET BELLA PIZZA, et al.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div | Case Number<br>CV 08 2164 JL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE COMPLAINT FOR INJUCTIVE RELIEF AND DAMAGES; CIVIL COVER SHEET; WELCOME TO THE U.S. DISTRICT COURT; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III; ECF REGISTRATION INFORMATION HANDOUT; LETTER DATED MAY 15, 2008.

3. a. Party served: NGO PHUONG YEN, individual dba GEARY STREET BELLA PIZZA

4. Address where the party was served: 4124 GEARY BOULEVARD
SAN FRANCISCO, CA 94118

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., May. 19, 2008 (2) at: 11:13AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG SCHROEDER
   First Legal Support Services
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 190
      (iii) County: Marin

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, May. 21, 2008

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(DOUG SCHROEDER)
6419826.thofr-fg.135653