1  WING C. LEE, ESQ.   (SBN 111803)
   LAW OFFICES OF WING C. LEE
2  275 - 6th Avenue, Suite 102
   San Francisco, California  94118
3  Phone:  (415) 831-8816
   Fax:      (415) 831-8813
4

5  Attorney for Defendant
   LUM REVOCABLE TRUST
6

UNITED STATES OF DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>GEARY STREET BELLA PIZZA; LUM REVOCABLE TRUST; TANG JOHN LEE and NGO PHUONG YEN, individuals dba GEARY STREET BELLA PIZZA,<br><br>　　　　　Defendants. | Case No.: CV 08 2164 JL<br><br>**PROOF OF SERVICE**<br><br><br><br>Department: 15th Floor, Court Room F<br>**Trial Date: None** |

　I am a citizen of the United States and a resident of the City and County of San Francisco, State of California.

　I am over the age of eighteen years, and not a party to the within action. My business address is 275 – 6th Avenue, Suite 102, San Francisco, California 94118.

　On July 21, 2008, I served the within:

**ANSWER TO COMPLAINT; FIRST AFFIRMATIVE DEFENSE TO NINTH AFFIRMATIVE DEFENSE**

-1-

PROOF OF SERVICE

1. on the parties in said action
2. __XX__ by mail by placing the document (s) in an envelope, which envelope was sealed, carried fully
3. prepaid postage, was deposited in the U. S. Mail, and the name and the address of each interested
4. party to whom the aforementioned document (s) was/were mailed are as follows:

Lewis Phon
LAW OFFICES OF LEWIS PHON
350 Sansome Street, Suite 230
San Francisco, California 94104

__XX__ by transmitting via facsimile the document (s) listed above to the fax number (s) set forth below on this date

Lewis Phon
LAW OFFICES OF LEWIS PHON
350 Sansome Street, Suite 230
San Francisco, California 94104
FAX: (925) 349-9691

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and if sworn as a witness, I can testify competently thereto. Executed on July 21, 2008 at San Francisco, California.

Xiaojie Gan

-2-

PROOF OF SERVICE