```
Defendants, Tang John Tee, Ngo Phuong Yen and
Geary Street Bella Pizza
4124 Geary Blvd.
San Francisco, CA 94118-3102
Tel:415-668-4150
Pro Per
```

FILED
08 JUL 23 PM 3:12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY AN INDIVIDUAL, DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, CALIFORNIA PUBLIC BENEFIT<br><br>PLAINTIFF,<br><br>vs.<br><br>TANG JOHN LEE, NGO PHUONG YEN AND GEARY STREET BELLA PIZZA, LUM REVOCABLE TRUST<br><br>DEFENDANTS, | CASE NO:   CV-082164-JL<br><br>ANSWER OF DEFENDANTS TANG JOHN LEE, NGO PHUONG YEN AND GEARY STREET BELLA PIZZA |

Defendants TANG JOHN TEE, NGO PHUONG YEN AND GEARY STREET BELLA PIZZA ("Defendants") answers and responds to Plaintiff's Complaint as follows:

1.

1                           GENERAL DENIAL

2     Under the provisions of USCS Federal Rules of Civil
3  Procedure Rule 8 subsection b 3, these answering Defendants
4  denies each and every and all of the allegations of the
5  Complaint, and denies that Plaintiff was harmed, or sustained any
6  damages in the sum or sums alleged, or in any other sum, or at
7  all.

8              AFFIRMATIVE DEFENSES AND OTHER DEFENSES
9                   (FAILURE TO STATE A CAUSE OF ACTION)

10     The Complaint, and each cause of action alleged against
11  Defendants therein, fail to state facts sufficient to constitute
12  a cause of action or to state a claim upon which relief may be
13  granted against Defendants.

14

15  (NO VIOLATION OF HEALTH AND SAFETY CODES, UNRUH CIVIL RIGHTS ACT,
16                 NOR DISABLED PERSONS ACT, NOR THE ADA)

17     The Complaint, and each cause of action alleged against
18  Defendants, therein, fails to state fact sufficient to establish
19  that Defendants' establishment was required to be updated,
20  modified or altered. Essentially, Defendants' establishment is
21  one inclusive in a grand-fathering of the codes.
22  (ADDITIONAL AFFIRMATIVE DEFENSES)

23     Defendants presently have insufficient knowledge or
24  information upon which to form a belief as to whether it may have
25  additional, as yet, unstated, affirmative and other defenses
26  available. Defendants reserve the right to assert additional
27  affirmative defenses in the event discovery indicates that they
28  would be appropriate.

<u>PRAYER</u>

WHEREFORE: Defendants Prays:

1. That Plaintiff take nothing by way of his Complaint;
2. That Defendants be awarded judgment in their favor and against Plaintiff;
3. That Defendants be awarded its costs of suit incurred herein and reasonable fees for any consultation of attorneys, or should attorneys be retained; and
4. That Defendants have such other relief as the Court may deem just and proper.

Dated:   July 22, 2008

BY: _____
**TANG JOHN LEE**, as an individual and dba for Geary Street Bella Pizza

Dated:   July 22, 2008

BY: _____
**NGO PHUONG YEN**, as an individual and dba for Geary Street Bella Pizza

3.

DEFENDANTS' ANSWER

## PROOF OF SERVICE BY MAIL (C.C.P. 1013a)

I am a resident of the County of San Francisco. I am over the age of 18 years and not a party to the proceeding. My business address: is 350 Sansome Street, Suite 230; San Francisco, CA 94104.

On July 22, 2008, I served the within **ANSWER** on the interested parties in the said action, by placing a true copy thereof enclosed in a sealed envelope with postage fully prepaid, in the United States mail at San Francisco, California, addressed as follows:

Thomas E. Frankovich
2806 Van Ness Avenue
San Francisco, CA 94109
Counsel for Plaintiffs

Executed at San Francisco, California, on July 22, 2008. I declare under penalty of perjury that the foregoing is true and correct.

Traci M. Hinden